# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN LEE CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-09-0343-F |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

As directed by the Tenth Circuit Court of Appeals in its August 5, 2009 Order and Judgment in the appeal of this action, <u>Steven Lee Craig v. United States of America</u>, No. 09-6082, and with the mandate having now issued, this court's prior dismissal of this action is hereby modified to the extent that this action is dismissed without prejudice.

Dated this 2nd day of October, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0343p005.wpd